# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

141826

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALSTAIR ALEXANDER RICHARDSON,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141826
COA: 289067
Wayne CC: 08-008157-FH

_____/

On order of the Court, the application for leave to appeal the August 10, 2010 judgment of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would remand this case to the trial court for resentencing.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

p0316